NORRIS, Appellant, v. JONES et al., Respondents. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Thomas R. Norris against Herbert A. Jones and another. No opinion. Judgment appealed from affirmed, on the opinion of DAVY, J. 27 N. Y. Supp. 209.

PALMER v. NEW YORK & L. C. TRANSP. CO. et al. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by Edward Palmer against the New York & Lake Champlain Transportation Company and others. No opinion. Motion to resettle order denied, with $10 costs. See 27 N. Y. Supp. 561.

PEOPLE, Respondent, v. FLAHERTY, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) No opinion. Appellant's motion to amend memorandum of decision, so as to show that the decision was solely on questions of law, granted. See 29 N. Y. Supp. 641.

PEOPLE v. VAN DYKE et al. (Supreme Court, General Term, Third Department. September 27, 1894.) No opinion. Motion to dismiss appeal granted, without costs.

PEOPLE v. VAN SICKLE. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Appeal from the judgment of the court of session of Yates county dismissed.

PEOPLE ex rel. BIRD, Appellant, v. BARKER et al., Respondents. (Supreme Court, General Term, First Department. October 12, 1894.) Action by the people on the relation of Sarah J. Bird against Edward P. Barker and others, commissioners. S. R. Ten Eyck, for appellant. J. M. Ward, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BRODIE, Appellant, v. NEWHALL, Respondent. (Supreme Court, General Term, First Department. November 16, 1894.) H. H. Whitman, for appellant. F. G. Dow, for respondent. No opinion. Order affirmed, with $50 costs and disbursements.

PEOPLE ex rel. PLATT et al., Respondents, v. RICE et al., Appellants. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by the people on the relation of John I. Platt and another against Frank Rice and others. No opinion. Order affirmed, without costs. See 26 N. Y. Supp. 345; 30 N. Y. Supp. 457.

PURDY, Respondent, v. LYNCH, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Randolph F. Purdy against Agnes Lynch. No opinion. Motion denied, with $10 costs. See 25 N. Y. Supp. 585.

REHM et al., Appellants, v. WEISS, Respondent. (City Court of New York, General Term. October 23, 1894.) Action by Carl Rehm, and others against William S. Weiss. Ernest H. Ball, for appellants. Charles Goldzier, for respondent.

NEWBURGER, J. This court at general term (May, 1894), on a former appeal, having held that "there was no privity of contract or estate between plaintiffs and defendant (28 N. Y. Supp. 772), the trial justice properly dismissed the complaint. Judgment affirmed.

REMSEN, Appellant, v. MANHATTAN LIFE INS. CO., Respondent. (Supreme Court, General Term, First Department. October 12, 1894.) Action by James F. Remsen against the Manhattan Life Insurance Company. S. S. Smith, for appellant. E. Bergen, for respondent. No opinion. Order reversed, with $10 costs and disbursements.

RIDGWAY, Respondent, v. BACON, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Edgar L. Ridgway, as administrator, against Charles P. Bacon, impleaded. For former reports, see 22 N. Y. Supp. 1016; 25 N. Y. Supp. 651. C. Donohue, for appellant. Elden Bisbee, for respondent.

VAN BRUNT, P. J. Whatever might have been my opinion upon the questions raised by this appeal had this case not been before this court before, it seems to me that these questions have been determined adversely to the appellant upon the previous appeal, and such adjudication must be followed. The interlocutory judgment appealed from must therefore be affirmed, with leave to the appellant, upon payment of the costs of this appeal, and of the court below, to withdraw his demurrer and answer.

ROBINSON, Appellant, v. FINCKEN, Respondent. (Common Pleas of New York City and County, General Term. November 5, 1894.) Action by William R. Robinson, against H. Edward Fincken. Philips & Avery, for appellant. Walter W. Wenzel, for respondent.

PER CURIAM. It appears that the plaintiff's exhibits Nos. 1, 2, 3, and 4, and defendant's exhibits Nos. 1 and 2, are omitted from the return, which omission precludes any determination as to the matters litigated at this time. It is therefore directed that the appeal be reheard at the additional general term of this court, to be held December 20, 1894; the return to be amended in the particulars noted meanwhile. Krakowski v. Association (Com. Pl. N. Y.) 24 N. Y. Supp. 1138.

ROSS, Respondent, v. REED, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by George W. Ross against Thomas R. Reed. No opinion. Respondent's motion to dismiss appeal granted.

ROULSTON, Respondent, v. ROULSTON et al., Appellants. (Supreme Court, General Term, Third Department. May Term, 1894.) Action by Abner Roulston against Arthur Roulston and others. Judgment affirmed, with costs. Mem. by HERRICK, J. PUTNAM, J., dissenting. Mem. withheld from publication by order of the court.

ROWN, Appellant, v. DUMONT et al., Respondents. (City Court of New York, General Term. October 23, 1894.) Action by Joseph S. Rown against Ida F. Dumont, executrix, and others.

FITZSIMONS, J. The order appealed from is affirmed for the reason stated by the special term justice who made it in his decision.